**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------

**STERLING INFOSYSTEMS, INC.,**

              **Plaintiff,**              19-cv-11416 (JGK)

    - against -                  <u>ORDER</u>

**SCOTT R. VASEY,**

              **Defendant.**
------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The initial conference set for May 11, 2020 at 4:30 PM is canceled. The parties should file a Rule 26(f) report by **May 15, 2020.**

**SO ORDERED.**

**Dated:**    **New York, New York**
            **May 6, 2020**                    /s/ John G. Koeltl
                                                **John G. Koeltl**
                                    **United States District Judge**