**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
―――――――――――――――――――――――――――――――――
**STERLING INFOSYSTEMS, INC.,**

              **Plaintiff,**　　　　　　19-cv-11416 (JGK)

    - against -　　　　　　　　　　　<u>**ORDER**</u>

**SCOTT R. VASEY,**

              **Defendant.**
―――――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The case is referred to Magistrate Judge Cott for purposes of settlement. The case is stayed pending the result of settlement discussions. The parties should advise the Court within 7 days of the conclusion of settlement discussions.

**SO ORDERED.**

**Dated:　　New York, New York**
           **May 14, 2020**　　　　　　__/s/ John G. Koeltl_____
                                           **John G. Koeltl**
                                **United States District Judge**